# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AVALOS,<br>　　　　Petitioner<br>　　v.<br>W.L. MONTGOMERY,<br>　　　　Respondent. | Case No. CV 14-8463-VAP (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: May 30, 2017

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE